UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
THEODORE KING and GARY LA BARBERA,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare,
Pension, Annuity, Job Training and
Vacation Sick Leave Trust Funds

Index # CV-05-4265 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 29 2005 ★
BROOKLYN OFFICE

                   Plaintiffs,         **JUDGMENT AND PERMANENT INJUNCTION**

    -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC. d/b/a A. WILLIAMS
CONSTRUCTION and DOLLY WILLIAMS,

                 Defendants.
-----------------------------------------------------X

This action having been commenced on September 8, 2005, by the filing of a Complaint, and a Summons and Complaint having been served on Defendant A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC. d/b/a A. WILLIAMS CONSTRUCTION on September 12, 2005 by service on the Secretary of State and on Defendant DOLLY WILLIAMS, on September 30, 2005 by substitute service, and both Defendants A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC. d/b/a A. WILLIAMS CONSTRUCTION and DOLLY WILLIAMS, having failed to appear and answer and both Defendants A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC. d/b/a A. WILLIAMS CONSTRUCTION and DOLLY WILLIAMS, being in default, and both Defendants A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC. d/b/a A. WILLIAMS CONSTRUCTION and DOLLY WILLIAMS, not being infants, incompetent or in the military of the United States,

    NOW, upon application of Avram H. Schreiber, Esq., attorney for Plaintiffs, it is

    ORDERED, ADJUDGED AND DECREED that Plaintiffs THEODORE KING and GARY LA BARBERA, as Trustees of Local 282 International Brotherhood of Teamsters

Welfare, Pension, Annuity, Job Training and Vacation/Sick Leave Trust Funds, have judgment against Defendant A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC. d/b/a A. WILLIAMS CONSTRUCTION in the amount of $58,203.40, plus interest in the amount of $171.58, plus costs and disbursements in the sum of $325.00, totaling $58,699.98 and judgment against Defendant DOLLY WILLIAMS in the amount of $9,756.95, plus interest in the amount of $72.18, plus costs and disbursements in the sum of $325.00, totaling $10,154.13 and that Plaintiffs have execution therefore, and it is further

ORDERED, ADJUDGED AND DECREED, that Defendant and its agents, directors, officers, successors, heirs and assigns, shall not, for so long as they remain obligated to contribute to the Plaintiff FUNDS, fail, refuse or neglect to submit required contribution reports and payments in accordance with the rules of the Fund, and it is further,

ORDERED, ADJUGDGED AND DECREED, that Defendant's obligation pursuant to this injunction shall remain in force and effect as long as they are signatory to a Collective Bargaining Agreement with Local 282 I.B. of T. and/or are obligated to pay contributions to the Plaintiffs herein pursuant to a Collective Bargaining Agreement, Declaration of Trust or any other obligation to contribute to Plaintiff FUNDS.

Dated: Brooklyn, New York
12-19, 2005

SO ORDERED AND ADJUDGED
s/John Gleeson
JOHN GLEESON- U.S.D.J.